Matilda Sussman, Respondent, v. Morris Edelman and Beile Edelman, Appellants, Impleaded with Adolph Rand and Others, Defendants.— As the County Court of Kings county could not possibly obtain jurisdiction by the practice pursued by the respondent in this. case, its order is wholly void, and it must, therefore, be reversed, with ten dollars costs and disbursements. Jenks, Burr, Thomas, Rich and Miller, JJ., concurred.

Annie A. Walsh, Respondent, v. John A. Caulfield, Appellant, Impleaded. with Others, Defendants. — Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.

William O. Badger, Appellant, v. Springfield Underwriters Mutual Fire Insurance Company of Springfield, Ohio, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Thomas and Miller, JJ., concurred.

Sarah H. Barnes and Others, Respondents, v. Southfield Beach Railroad Company, Appellant, Impleaded with Southfield Beach Company and Others, Defendants.— Judgment affirmed, with costs, on the opinion of Mr. Justice Thomas at Special Term. (Reported in 65 Misc. Rep. 600.) Hirschberg, P. J., Woodward, Burr and Rich, JJ., concurred.

Benevolent and Protective Order of Elks, Respondent, v. The Improved Benevolent and Protective Order of Elks of the World and the Grand Lodge of the Improved Benevolent and Protective Order of Elks of the World, Appellants.— Judgment affirmed, without costs, on the authority of *Society of 1812* v. *Society of 1812* (46 App. Div. 568). Hirschberg, P. J., Jenks, Burr, Rich and Miller, JJ., concurred. Leave will be granted to appeal to the Court of Appeals upon application therefor.

Leila S. Bosca, Appellant, v. Brooklyn, Queens County and Suburban Railroad Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ.

Thomas Brady, an Infant, by John B. Brady, His Guardian ad Litem, Respondent, v. Hudson River and Eastern Traction Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ.

Mary Brady, as Administratrix, etc., of Patrick Brady, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment and order affirmed, with costs, on the authority of *Brady* v. *N. Y. C. & H. R. R. R. Co.* (127 App. Div. 347). Woodward, Jenks, Thomas and Rich, JJ., concurred; Hirschberg, P. J., dissented.

Antonio Carcione, Respondent, v. John B. McDonald and Andrew Onderdonk, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ., concurred.

Nathan Charniack and Barnet Held, Doing Business under the Firm Name and Style of Charniack & Held, Respondents, v. Joseph Ravitch and David Ravitch, Doing Business under the Firm Name of Ravitch Brothers, Appellants.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.